**Duane L. KNOPIK, Plaintiff–Appellant,**

v.

**BP PRODUCTS NORTH AMERICA, INC., Defendant–Appellee,**

and

**Exxonmobile Oil Corporation, Defendant–Appellee,**

and

**Enecotech Midwest Inc., Defendant–Appellee,**

and

**Conocophillips Company, Sinclair Oil Corporation, Unocal Corporation, Leggette, Brashears & Graham, Inc., DPRA Incorporated and Braun Intertec Corporation, Defendants.**

No. 03–1420.

United States Court of Appeals, Federal Circuit.

DECIDED: April 7, 2004.

Paul H. Berghoff, McDonnell, Boehnen, James H. Patterson, Patterson, Thuente, J. Thomas Vitt, Sri K. Sankaran, Dorsey & Whitney, Principal Attorneys, Sean M. Sullivan, Eric R. Moran, McDonnell, Boehnen, of Counsels, Chicago, IL, Michael S. Ryan, Murnane, Conlin, of Counsel, St. Paul, MN, for Defendants–Appellees.

Kurt J. Niederluecke, Briggs and Morgan, Principal Attorney, Malcolm L. Moore, Moore & Hansen, David C. Forsberg, Lori J. Marco, Briggs and Morgan, of Counsels, Minneapolis, MN, for Plaintiffs–Appellants.

Before CLEVENGER, GAJARSA, and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.